AO 245D (Rev. 02/18) Judgment in a Criminal Case for Revocations
Sheet 1

FILED
EASTERN DISTRICT COURT
DISTRICT ARKANSAS
APR 1 8 2018
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| KENNETH WALLACE THOMPSON | |

Case No. 4:10cr00226-01 JM
USM No. 26071-009

Latrece Gray
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) General, Standard, Special of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 - General | Violation of federal, state, or local crime | 12/18/2016 |
| 2 - General | Failure to refrain from the possession of a controlled substance | 12/18/2016 |
| 4 - Standard (5) | Failure to maintain regular employment | 01/19/2017 |
| 6 - Standard (11) | Failure to notify the probation officer of arrest | 06/27/2016 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not violated condition(s) 3-General & 5-Standard and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 4001

Defendant's Year of Birth: 1973

City and State of Defendant's Residence:
Pine Bluff, Arkansas

04/17/2018
Date of Imposition of Judgment

Signature of Judge

U.S. DISTRICT JUDGE JAMES M. MOODY JR.
Name and Title of Judge

4·18·18
Date

DEFENDANT: KENNETH WALLACE THOMPSON
CASE NUMBER: 4:10cr00226-01 JM

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 7 - Special (1) | Failure to participate in a substance abuse treatment program | 01/12/2017 |

DEFENDANT: KENNETH WALLACE THOMPSON
CASE NUMBER: 4:10cr00226-01 JM

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

TWENTY-FOUR (24) MONTHS with 12 months or the sentence to run concurrent and 12 months of the sentence to run consecutive to the sentence he received in case number 4:16cr00235-01 JLH. No supervised release to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant be designated to Forest City, AR and the RDAP program.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL